1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 2:13-CR-00134 TLN
                                     )
12                  Plaintiff,       )
                                     )
13       v.                          )  RELATED CASE ORDER
                                     )
14  JASON ALLEN SMITH,               )
                                     )
15                  Defendant.       )
    UNITED STATES OF AMERICA,        )
16                                   )  Case No. 2:13-CR-00007 JAM
                    Plaintiff,       )
17                                   )
         v.                          )
18                                   )
    DAVID JOHN MAGANA,               )
19                                   )
                    Defendant.       )
20  UNITED STATES OF AMERICA,        )
                                     )
21                  Plaintiff,       )
                                     )  Case No. 2:13-CR-00060 JAM
22       v.                          )
                                     )
23  MARTIN STEWART CULLENWARD,       )
                                     )
24                  Defendant.       )

25       Examination of the above-entitled actions reveals that these

26  actions are related within the meaning of Local Rule 123 (E.D. Cal.

27  2005).  Accordingly, the assignment of the matters to the same

28  judge is likely to affect a substantial savings of judicial effort

                                     1

1  and is also likely to be convenient for the parties.

2       The parties should be aware that relating the cases under

3  Local Rule 123 merely has the result that these actions are

4  assigned to the same judge; no consolidation of the actions is

5  effected.

6       IT IS THEREFORE ORDERED that the action denominated 2:13-CR-

7  00134 TLN be reassigned to Judge John A. Mendez for all further

8  proceedings, and any dates currently set in this reassigned case

9  only are hereby VACATED.  Henceforth, the caption on documents

10  filed in the reassigned cases shall be shown as 2:13-CR-00134 JAM.

11       IT IS FURTHER ORDERED that the Clerk of the Court make

12  appropriate adjustment in the assignment of criminal cases to

13  compensate for this reassignment.

14       IT IS SO ORDERED.

15  Dated:  April 17, 2013.

16                              /s/ John A. Mendez_____  _____

17                              UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28