THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Martin Cullenward

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

MARTIN CULLENWARD, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.:2:13-cr-00060 JAM

STIPULATION AND ORDER FOR
CONTINUANCE OF JUDGMENT AND
SENTENCING AND MODIFICATION
OF SCHEDULE FOR PSR

    **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for September 10, 2013, at 9:45 a.m. is continued to

October 1, 2013, at 9:45 a.m. in the same courtroom.   The continuance is requested

because defense counsel needs additional time to prepare for the sentencing.  Michael

Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's

attorney, agree to this continuance.


**IT IS SO STIPULATED.**


DATED:  August 14, 2013        By:   /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Defendant
                                      MARTIN CULLENWARD


DATED:  August 14, 2013             BENJAMIN B. WAGNER
                                      United States Attorney

                       By:   /s/ Thomas A. Johnson for
                                      MICHAEL BECKWITH
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 8/15/2013

_____

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

MARTIN CULLENWARD, et al.,

    Defendants.

Case No.: 2:13-cr-00060-JAM

MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | October 1, 2013 |
| Reply or Statement | September 24, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 17, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | September 10, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 3, 2013 |